NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES ALEXANDER LOGAN,                )
                                      )
        Appellant,                    )
                                      )
v.                                    )          Case No. 2D19-1359
                                      )
STATE OF FLORIDA,                     )
                                      )
        Appellee.                     )
_____ )

Opinion filed November 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hendry County; James D. Sloan,
Judge.


PER CURIAM.


        Affirmed.  See Martin v. State, 987 So. 2d 141 (Fla. 2d DCA 2008);

McGuire v. State, 979 So. 2d 262 (Fla. 2d DCA 2007).


VILLANTI, LUCAS, and SALARIO, JJ., Concur.